

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-19,590-04

### EX PARTE DANIEL DEWAYNE MONCIER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W199-092R-84-HC4 IN THE 199th DISTRICT COURT FROM COLLIN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a habitation and sentenced to forty-five years' imprisonment.

After a review of the record, we find that Applicant's claims two and three are denied. Applicant's remaining claims are dismissed pursuant to TEX. CODE CRIM. PROC. art. 11.07 § 4.

Filed: April 29, 2015
Do not publish